

ORDERED in the Southern District of Florida on April 8, 2022.

Robert A. Mark, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | CASE NO. 22-10746-RAM |
| MIRIAM SOLER, | CHAPTER 13 |
| Debtor. | |

**ORDER TO SHOW CAUSE WHY**
**MIRIAM SOLER, ROBERTO SOLER, JR. AND**
**ALBERTO SOLER SHOULD NOT BE ENJOINED FROM**
**FILING FURTHER BANKRUPTCY CASES WITHOUT LEAVE OF COURT**

As described in this Court's February 17, 2022 Order Enjoining Debtor from Filing Adversary Proceeding Without Leave of Court [DE# 17], this case is the <u>eighth</u> bankruptcy case filed in this district in the last six years by Miriam Soler[1] (3 cases), Roberto Soler, Jr.[2] (2 cases), and Alberto Soler[3] (3 cases) (collectively, the "Solers").

---

[1] 16-16898, 17-18812, and this case, 22-10746.
[2] 19-17922 and 19-25124.
[3] 16-18464, 17-18157, and 20-22697.

The prior cases were filed for the primary purpose of delaying the foreclosure of two properties, one located at 4741 NW 5th St., Miami, FL 33126 (the "5th St. Property") and one located at 736 SE 8th Place, Hialeah, FL 33010 (the "Hialeah Property"). Sixteen adversary proceedings were initiated in the prior cases, including failed attempts to remove the two foreclosure cases to the bankruptcy court. Twelve of the adversary proceedings related to either the 5th St. Property or the Hialeah Property.

Neither the 5th St. Property nor the Hialeah Property are owned by the Solers. Judge Cristol granted prospective stay relief to the Federal National Mortgage Association ("Fannie Mae") with respect to the Hialeah Property in his Amended Order Dismissing Case for Failure to Make Pre-Confirmation Plan Payments and for Failure to Appear at Meeting of Creditors [DE# 52 in 19-17922]. That Order allowed Fannie Mae to conclude its foreclosure in Case No. 2013-033734-CA-01, and the Hialeah Property was purchased at a foreclosure sale by FORMIAMI 20, LLC. The Miami-Dade County Clerk of Courts issued a Certificate of Title to FORMIAMI 20, LLC on January 27, 2021. The Certificate of Title was recorded on January 29, 2021. A copy of the Certificate of Title on the Hialeah Property is attached as Exhibit A to this Order.

The 5th St. Property was the subject of a foreclosure case commenced by Fannie Mae in 2013, Case No. 2018-008187-CA-01. Judge

Cristol granted Fannie Mae stay relief to complete its foreclosure in his November 28, 2017 Order Granting Motion for Relief from Stay and Co-Debtor Stay and Order to Grant Prospective Relief for a One-Year Period (the "5th St. Property Stay Relief Order") [DE# 65 in 17-18812].

The 5th St. Property foreclosure case went forward. Fannie Mae was the successful bidder at the foreclosure sale, and the Miami-Dade County Clerk of Courts issued a Certificate of Title to Fannie Mae on August 6, 2018. A copy of the Certificate of Title on the 5th St. Property is attached as Exhibit B to this Order.

### Need and Justification for Prospective Relief

Based upon the record in the seven prior Soler cases and 12 prior adversary proceedings, and in the dozens of appeals filed in those cases and proceedings, it is clear that the Solers are bad-faith, vexatious litigants. If unchecked, it is likely that they will file future bankruptcy cases seeking to re-litigate long-decided issues relating to the 5th St. Property and to the Hialeah Property.

Their ongoing quest is evident in the record. For example, despite losing title to the 5th St. Property in April 2018, Miriam Soler, acting through her son, filed two Motions to Reopen her first case in November 2019 [DE#s 104 and 106 in 16-16898] and filed a Motion to Re-Impose Automatic Stay [DE# 109 in 16-16898].

All three motions sought relief against Fannie Mae in connection with the foreclosure of the 5th St. Property.

On December 9, 2019, this Court entered its Order Denying Debtor's Motions and Granting Prospective Stay Relief [DE# 116 in 16-16898]. That Order noted the important fact that Fannie Mae was the owner of the 5th St. Property. The Order also granted prospective stay relief to Fannie Mae to obtain issuance of, and to execute, a Writ of Possession. In typical fashion, the Solers continued their vexatious attempts to undo the foreclosure, filing several appeals in that case.

On January 31, 2022, Miriam Soler, again acting through Alberto Soler, filed this case. Because the case was dismissed for filing deficiencies, the Court cannot state with certainty what the Solers hoped to accomplish. But, given the history, there is reason to suspect that they were planning, once again, to launch a further attack on Fannie Mae and possibly others relating to the 5th St. Property.

## Discussion

The Court has the authority to enjoin the Solers from filing any further bankruptcy cases relating to the 5th St. Property or to the Hialeah Property, pursuant to its inherent authority and pursuant to § 105 of the Bankruptcy Code. The history of the Soler filings supports this relief.

4

Continuing to advance groundless and patently frivolous litigation is tantamount to bad faith justifying sanctions. *Ginsberg v. Evergreen Sec., Ltd.* (*In re Evergreen Sec., Ltd.*), 570 F.3d 1257, 1273 (11th Cir. 2009). And, a federal court's inherent authority to sanction includes pre-filing restrictions such as enjoining future filings without leave of court. *Martin-Trigona v. Shaw*, 986 F.2d 1384, 1386-87 (11th Cir. 1993).

Unless the Solers appear at the hearing scheduled by this Order and show cause why an injunction should not be issued, the Court will enter the injunctive relief described in this Order.

Therefore, it is –

**ORDERED** as follows:

1. Alberto Soler, Roberto Soler, Jr., and Miriam Soler (personally or through Alberto Soler) are ordered to appear for a video conference hearing on **May 19, 2022** at **2:00 p.m.**, and show cause why the Court should not enter the injunction described in paragraph 5 of this Order.

2. The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

3. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

4. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJItc-2gqjwpGFCwi9sSY9YQuLWOzPBMaTs

5. Unless one or more of the Solers appear at the May 19th hearing and show cause why an injunction should not be issued, the Court will enter an injunction prohibiting all of the Solers from filing any further bankrupty cases without leave of Court.  The injunction will provide that the Court will allow a new case only if it grants a Motion for Leave to File New Bankruptcy Case (the "Motion for Leave").  To be considered by the Court, the Motion for Leave must be filed in this case, describe the purpose of a new bankruptcy case, and certify that the proposed new case is seeking to discharge, or restructure, debts that are <u>not</u> related to the 5th St. Property or to the Hialeah Property.

6. This Order has been reviewed by both Chief Judge Laurel Isicoff and Judge A. Jay Cristol who have confirmed that they approve and support the entry of this Order.

###

COPIES TO:

Nancy K. Neidich, Trustee

**CLERK TO SERVE PARTIES BELOW:**

Miriam Soler
4741 NW 5 Street
Miami, FL 33126

Robert Soler, Jr.
4741 NW 5th Street
Miami, FL 33126

Alberto Soler
4741 NW 5th Street
Miami, FL 33126


Melbalynn Fisher
Ghidotti & Berger LLP
1031 N Miami Beach Blvd
North Miami Beach, FL 33162-3842

Andrea Hartley, Esq.
Akerman LLP
Three Brickell City Centre
98 SE 7th St
Miami, FL 33131-3522

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

```
CFN  2021R0075568
OR BK 32321 Pg 4891 (1Pgs)
RECORDED 01/29/2021 12:02:57
DEED DOC TAX $1,593.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

Federal National Mortgage Association
Plaintiff(s) / Petitioner(s)
 VS.
Soler, Roberto N,
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION
Case No:        2013-033734-CA-01
Section:        (Section, CA 58)
Doc Stamps:     $1,593.00
Surtax:         $0.00
Consideration:  $265,500.00

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on October 29, 2020, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.
The following property in Miami-Dade County, Florida:

**LOTS 15 AND 16 IN BLOCK 9, OF HIALEAH PARK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 10, AT PAGE 22 OF THE PUBLIC RECPRDS OF MIAMI- DADE COUNTY, FLORIDA.**

**Property Address: 736 SE 8TH PL, HIALEAH, FL 33010.**

was sold to:
FORMIAMI20 LLC
3250 NE 1st Avenue Ste. 307
Miami, FL, 33137

WITNESS my hand and the seal of this court on  January 22, 2021.

*Harvey Ruvin*

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida

Rev. 10/5/2009

1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

```
CFN  2018R0475780
OR BK 31090 Ps 1218 (1Pss)
RECORDED 08/06/2018 16:23:26
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

Federal Natl Mort Assn (Fannie Mae),
Plaintiff(s) / Petitioner(s)
VS.
Soler, Roberto, , et al.
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION
Case No:        2013-008187-CA-01
Section:        (Section, CA 04)
Doc Stamps:     $120.60
Surtax:         $0.00
Consideration:  $20,100.00

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on May 01, 2018, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.
The following property in Miami-Dade County, Florida:

LOT 5, OF JAY BOB SUBDIVISION - PART NO. 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 59, PAGE 99, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

PROPERTY ADDRESS: 4741 NW 5TH STREET, MIAMI, FL, 33126

was sold to:
FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
14523 SW MILIKAN WAY, SUITE 200
BEAVERTON, OR, 97005

WITNESS my hand and the seal of this court on August 02, 2018.

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida

Exhibit B
1

Rev. 10/5/2009

Book31090/Page1218    CFN#20180475780                        Page 1 of 1